MIED (Rev. 12-04) Notice of Remand

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dejuan McCoy,

        Plaintiff(s),        CASE NO. 05-74088

v.        JUDGE ROBERT CLELAND

Detroit Police Officer Howard Sweeny,

        Defendant(s).
_____/

## NOTICE OF REMAND

TO:    Wayne County Circuit Court
        ATTN: CLERK'S OFFICE - 201 CAYMC
        Two Woodward Avenue
        Detroit, MI 48226

The above entitled case has been remanded to your Court pursuant to the order entered on November 9, 2005.  Enclosed are certified copies of the Order of Remand and this Court's docket sheet .

Please acknowledge receipt of these documents by returning a time-stamped copy of this notice to:    United States District Court Clerk's Office
        231 W. Lafayette, 5th Floor
        Detroit, MI 48226

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

        DAVID J. WEAVER, CLERK OF COURT

Date:  November 9, 2005        By   S/Jane Johnson
        Deputy Clerk

Dockets.Justia.com